**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 1 6 2006

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06CR258-WKW |
| | ) | [18 USC 472] |
| GENO M. PITTS | ) | |
| DEMONTEZ LAMONT LOCKETT | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 15th day of August, 2006, in Montgomery, Alabama, within the Middle

District of Alabama,

### GENO M. PITTS,

defendant herein, with intent to defraud, did pass, utter and publish a falsely made, forged and

counterfeited obligation of the United States, that is, a counterfeit $100.00 Federal Reserve Note,

and the defendant then and there well knew the note to have been falsely made, forged and

counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT 2

On or about the 18th day of August, 2006, in Montgomery, Alabama, within the Middle

District of Alabama,

### GENO M. PITTS and
### DEMONTEZ LAMONT LOCKETT,

defendants herein, with intent to defraud, did aid and abet each other and others known to the Grand

Jury, to pass, utter and publish falsely made, forged and counterfeited obligations of the United

**SCANNED**

States, that is, ten counterfeit $100.00 Federal Reserve Notes, and the defendants then and there well knew the notes to have been falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT 3

On or about the 18th Day of August, 2006, and at a time not included in Count 2, in Montgomery, Alabama, within the Middle District of Alabama,

GENO M. PITTS and
DEMONTEZ LAMONT LOCKETT,

defendants herein, with intent to defraud, did aid and abet each other and others known and unknown to the Grand Jury, to pass, utter and publish falsely made, forged and counterfeited obligations of the United States, that is, seven counterfeit $100.00 Federal Reserve Notes, and the defendants then and there well knew the notes to have been falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT 4

On or about the 22nd day of August, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

DEMONTEZ LAMONT LOCKETT,

defendant herein, with intent to defraud, did pass, utter and publish falsely made, forged and counterfeited obligations of the United States, that is, two counterfeit $100.00 Federal Reserve Notes, and the defendant then and there well knew the notes to have been falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

2

A TRUE BILL:

_Janice Davis William_
Foreperson

_Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_Kent Brunson_
Kent B. Brunson
Assistant United States Attorney

3