**COURTROOM DEPUTY MINUTES**      DATE:  DECEMBER 14, 2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING:   3:08 - 3:16

√    **INITIAL APPEARANCE**
☐    **DETENTION HEARING**
☐    **REMOVAL HEARING (Rule 5)**
√    **ARRAIGNMENT**
☐    **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐    **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE CHARLES S. COODY     DEPUTY CLERK: WANDA STINSON

CASE NO.  2:06CR258-WKW-CSC      DEFT. NAME:  DEMONTEZ L. LOCKETT

USA:  TODD BROWN      ATTY:  DANIEL HAMM

Type Counsel:  ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO:  TAMARA MARTIN

Defendant ____ does √ does NOT need an interpreter; NAME:_____

---

√ Kars.     Date of Arrest  **12/14/06**     or   ☐ Rule 5 Arrest

√ kia.     Deft. First Appearance. Advised of rights/charges. ☐ **Pretrial Release** / Pro/Sup Rel Violator

√ Finaff.     Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.

☐ koappted     **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**

√ 20appt.     Panel Attorney Appointed;   √ to be appointed - prepare voucher

☐     Deft. Advises he will retain counsel.  Has retained _____

☐     Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;

☐     Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** Set for_____

☐ kotempdtn.     **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered

√ kocondrls.     Release order entered. ☐ Deft. advised of conditions of release.

√ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $  **25,000.00**  Deft released (kloc LR).
       ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered

☐ Loc.(LC)     Bond **NOT** executed. Deft to remain in Marshal's custody

☐ ko.     Deft. **ORDERED REMOVED** to originating district

☐ krmvhrg.     Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings

☐ kwvprl.     Waiver of  Preliminary hearing;

☐     Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.

√ Karr.     **ARRAIGNMENT SET FOR:**_____   √ **HELD**. Plea of **NOT GUILTY** entered.
       √ **Trial Term**  **4/23/06**  ; ☐ **PRETRIAL CONFERENCE DATE:** _____
       √ **DISCOVERY DISCLOSURES DATE:** **12/14/06**

☐ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel