IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v                                   )            CR. NO. 2:06cr258-WKW
                                    )
DEMONTEZ LAMONT LOCKETT             )

## ORDER

For good cause, it is

**ORDERED** that the pretrial conference presently set for **February 20, 2007 at 1:00**

**p.m.** in Courtroom 4B be and is hereby **MOVED to Courtroom 5B**, United States

Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of February 2007.


                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE