COURTROOM DEPUTY MINUTES          DATE: FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA         DIGITAL RECORDED: 1:09 – 1:10

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-258-WKW-CSC            **DEFENDANT NAME:** DEMONTEZ L. LOCKETT

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KENT BRUNSON | ATTY. DANIEL HAMM |

---

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea.

☑ **TRIAL STATUS:** Will take 2 days to try case.

☐ **REMARKS:**