# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>V.<br><br>**DEMONTEZ LAMONT LOCKETT, DEFENDANT.** | **CASE NUMBER**<br><br>**2:06-CR-00258-WKW-CSC** |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Demontez Lamont Lockett, by and through the undersigned counsel and notifies this Honorable Court of his intent to change his plea from not guilty to guilty

**RESPECTFULLY SUBMITTED** this the 22nd day of March, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Intent to Change Plea by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 22nd day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Kent B. Brunson
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197