# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> DEMONTEZ LAMONT LOCKETT, <br> DEFENDANT | CASE NUMBER <br><br> 2:06-CR-00258-WKW-CSC |

## MOTION TO CONTINUE

**COMES NOW,** the defendant, Demontez Lamont Lockett, by and through the undersigned counsel and moves this Honorable Court to continue the Change of Plea Hearing by stating the following:

1. This Honorable Court set the Defendant's Change of Plea Hearing for April 2, 2007 at 10:00 a.m.

2. Counsel for the Defendant has a civil trial scheduled to begin at 9:00 a.m. on April 2, 2007 which should last two (2) days. *Susan S. DePaola, Chapter 7 Trustee for the Bankruptcy Estate of Philip L. Goodwyn and Simple Pleasures, Inc. v. V. Restaurants, Inc. and Vince Saele, Case Number 2:06-cv-00893-WKW*.

3. Counsel has spoken to the Government and they do not object to the continuance.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will grant the foregoing and continue the change of plea hearing currently set for April 2, 2007.

**RESPECTFULLY SUBMITTED** this the 27th day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 27th day of March, 2007.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

Kent B. Brunson
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197