IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR258-WKW |
| | ) | |
| DEMONTEZ LAMONT LOCKETT | ) | |

## ORDER

Upon consideration of the *Motion to Continue the Change of Plea Hearing* (doc. #51) filed by the defendant on March 27, 2007, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The Change of Plea Hearing now set for **April 2, 2007** be and is hereby **CONTINUED** to **April 6, 2007 at 9:00 a.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding

Done this 27th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE