# United States District Court

for

## Middle District of Alabama

### Report on Defendant Under Pretrial Release Supervision

Name of Defendant: Demontez Lamont Lockett                    Case Number: 2:06cr258-WKW

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: December 14, 2006

Type of Release: $25,000 unsecured bond with pretrial supervision

Original Offense: Counterfeiting

Date of Next Court Appearance: July 20, 2007 (sentencing)

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7(p) "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner." | On May 17, 2007, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The sample was forwarded to Kroll Laboratory Specialists, Inc. with results being confirmed positive for marijuana on May 22, 2007. |

**U.S. Probation Officer Action:**

Prior to the May 17, 2007, positive drug screen, the defendant admitted to having previously used marijuana on or about April 4, 2007. He has denied any subsequent use. The May 17, 2007, drug screen could be the result of residual THC from the previously admitted drug use. The defendant's drug testing will be increased and any further violations will be reported to the court. The defendant was offered the opportunity to participate in drug treatment. He advised that he could refrain from further drug use without the benefit of a program.

**U.S. Probation Officer Recommendation:**

Based upon the above reported information, it is respectfully recommended that no action be taken at this time.

                Respectfully submitted,

      by    /s/ Jason M. Dillon
            Jason M. Dillon
            U.S. Probation Officer
            Date: May 30, 2007

Reviewed and approved: /s/ Sandra G. Wood
                        Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Conditions of Release
[ ]    Submit a Request for Warrant or Summons
[ ]    Other
[X]   Concur with Probation Officer's recommendation
[ ]    No action necessary

Done this 30th day of May, 2007.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE