PROB 12A
(7/93)

# United States District Court

for

# Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Demontez Lamont Lockett                       Case Number: 2:06cr258-002-WKW

Name of Sentencing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence: July 17, 2007

Original Offense: Passing Counterfeit Obligations

Original Sentence: Five (5) year term of probation

Type of Supervision: Probation                                  Date Supervision Commenced: July 17, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 - Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance." | On July 17, 2007 and July 27, 2007, Demontez L. Lockett submitted urine samples that tested positive for the use of Marijuana. Lockett verbally admitted he smoked marijuana on or about July 11, 2007. |

**U.S. Probation Officer Action:**
This officer recommends no action be taken on the above mentioned violations at this time. Lockett was issued a strong verbal reprimand, placed on the color-code drug testing program, and advised that if any more violations of probation occurred this officer would recommend punitive action be taken by the court.

Respectfully submitted,

by      /s/ James Chappell
        James Chappell
        U.S. Probation Officer
        Date: July 30, 2007

PROB 12A
(7/93)

2

Reviewed and approved: /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

*The Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[X] Concur with Probation Officer's recommendation
[ ] No action necessary

_____
Signature of Judicial Officer

7·30·07
_____
Date