# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Demontez Lamont Lockett          Case Number: 2:06cr258-002-WKW

Name of Sentencing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence: July 17, 2007

Original Offense: Passing Counterfeit Obligations

Original Sentence: Five (5) year term of probation

Type of Supervision: Probation          Date Supervision Commenced: July 17, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer. While residing at the community corrections facility the defendant shall participate in a drug treatment program.**

### CAUSE

On August 16, 2007 and August 30, 2007, Demontez Lockett submitted urine samples that tested positive for the use of marijuana. According to lab results received from Kroll Laboratory Specialists, Inc., the August 30, 2007 urine sample revealed a higher concentration of marijuana than the sample collected on August 16, 2007, which indicates a new use of marijuana.

On August 31, 2007, Lockett reported to the probation office and was advised of the two above mentioned violations. Although Lockett denied smoking or using marijuana since July 13, 2007, he signed a waiver of hearing form (Probation Form 49), agreeing to modify the conditions of probation to include a six (6) month placement at a community corrections facility under contract to the Bureau of Prisons. The modification also instructs Lockett to participate in a drug treatment program while at the community

corrections facility. The probation officer believes that a six month placement in the halfway house is warranted as the Court concurred to take no punitive action against Lockett from a previous noncompliance report submitted on July 30, 2007 for positive drug tests.

                                        Respectfully submitted,

by     /s/ James Chappell
          U.S. Probation Officer
          Date: September 12, 2007

Reviewed and approved: /s/ David Ron Thweatt
                      Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[x]  The Modification of Conditions as Noted Above
[ ]  Other

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

September 13, 2007
Date