PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Report on Offender Under Supervision

Name of Offender: Demontez Lamont Lockett           Case Number: 2:06cr258-002-WKW

Name of Sentencing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence: July 17, 2007

Original Offense: Passing Counterfeit Obligations

Original Sentence: Five (5) year term of probation

Type of Supervision: Probation           Date Supervision Commenced: July 17, 2007

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 -Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance." | On September 17, 2007, Demontez L. Lockett submitted a urine sample that tested positive for the use of marijuana. Lockett verbally admitted and signed a statement admitting to smoking marijuana on or about September 14, 2007. |

**U.S. Probation Officer Action:** This officer recommends no action be taken on the above mentioned violation at this time. Lockett was issued a strong verbal reprimand and advised that another drug positive would result in the recommendation of his probation being revoked. This noncompliance report is the third report submitted to the court addressing marijuana use. On September 13, 2007, the court ordered a modification of Lockett's conditions for him to serve six (6) months in a community corrections center based on testing positive for marijuana. Lockett is awaiting placement in Bannum Place of Montgomery where he will also be assessed for drug treatment.

                                                   Respectfully submitted,

by    /s/ James Chappell
        U.S. Probation Officer
        Date: October 5, 2007

PROB 12A
(7/93)

2

Reviewed and approved:  /s/ David Ron Thweatt
                                   Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[x]    Other
[ ]    Concur with Probation Officer's recommendation
[ ]    No action necessary

**Demontez Lamont Lockett is ORDERED to appear with counsel before the undersigned on Tuesday, October 16, 2007, at 4:00 p.m. in Courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.**


                                   /s/   W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE


                                   October 9, 2007
                                   Date