# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 2:06cr258-002-WKW |
| | ) | |
| DEMONTEZ LAMONT LOCKETT | ) | |

### ORDER

The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the CJA Panel Attorney, Daniel Hamm, be and is hereby re-appointed to represent the defendant during the proceedings currently pending before the court.

DONE this 12th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE