# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **V.** | **CASE NUMBER** |
| **DEMONTEZ LAMONT LOCKETT, DEFENDANT.** | **2:06-CR-00258-WKW-CSC** |

## NOTICE OF APPEARANCE AS COUNSEL

**COMES NOW,** Daniel G. Hamm, and hereby gives his notice of appearance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 16th day of October, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Appearance as Counsel by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below or parties if not represented by counsel.

**DONE** this the 16th day of October, 2007.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Kent B. Brunson
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197