# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> DEMONTEZ LAMONT LOCKETT, <br> DEFENDANT | CASE NUMBER <br><br> 2:06-CR-00258-WKW |

## MOTION TO SUSPEND DETENTION AND IMPOSE HOME DETENTION

**COMES NOW,** the defendant, Demontez Lamont Lockett, by and through the undersigned counsel and moves this Honorable Court to suspend the detention imposed on October 16, 2007 and impose home detention by stating the following:

1. The Defendant was sentenced on July 17, 2007 to a five (5) year term of probation. While on probation, the Defendant was found to be noncompliant with the terms of his probation and this Honorable Court set a hearing on this matter for October 16, 2007.

2. The Defendant was ordered to serve six (6) months in a community corrections facility maintained by the Bureau of Prisons.

3. On December 19, 2007 the Defendant was informed that Bannon Place would be closed and that he would be transferred to Atlanta to serve the remaining four (4) months of his term.

4. The Defendant is a full-time student at Alabama State University (ASU) in Montgomery and plans to graduate in May 2009 with a degree in Biology, Pre-Health. The most recent semester that ended in December, the Defendant's final grades were an "A", two "B's" and a "C". He is currently maintaining a GPA of 2.4 and needs approximately 31 semester hours before he can graduate.

5. The Defendant is registered for the January 9, 2008 term at ASU and plans to take Biology Evolution, Animal Histology, English and Chemistry.

6. The transfer of the Defendant to Atlanta will place his education on hold until the summer term.

7. The Defendant has been informed that if he were to transfer to another school in the Atlanta area, that all of his credits from ASU will not transfer and he will be required to retake classes and would not be able to graduate in May of 2009.

8. Defendant is agreeable to home detention and monitoring to allow him to remain in the Montgomery area and complete his education.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will set this matter for a hearing and issue and Order suspending his detention and imposing home detention for the remaining four (4) months.

**RESPECTFULLY SUBMITTED** this the 27th day of December, 2007.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Suspend Detention and Impose Home Detention by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 27th day of December, 2007.

                                                   /s/ **Daniel G. Hamm**
                                                   DANIEL G. HAMM (HAM043)
                                                   ATTORNEY FOR THE DEFENDANT
                                                   560 S. MCDONOUGH ST., STE. A
                                                   MONTGOMERY, ALABAMA 36104
                                                   TELEPHONE   334-269-0269
                                                   FAX         334-323-5666

Kent B. Brunson
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197