IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0258-WKW |
| | ) | |
| DEMONTEZ LAMONT LOCKETT | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Suspend Detention and Impose Home Detention (Doc. # 79), it is ORDERED that the defendant shall supplement his motion with a detailed proposed home detention plan to be crafted in cooperation with the defendant's probation officer. The supplement shall be filed **on or before January 7, 2008**.

DONE this 3rd day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE