# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> DEMONTEZ LAMONT LOCKETT, <br> DEFENDANT | CASE NUMBER <br><br> 2:06-CR-00258-WKW |

## SUPPLEMENT TO MOTION TO SUSPEND DETENTION AND IMPOSE HOME DETENTION

**COMES NOW,** the defendant, Demontez Lamont Lockett, by and through the undersigned counsel and pursuant to this Honorable Court's Order dated January 3, 2008 provides the following proposed home detention plan.

    1. Counsel for the Defendant and James Chappell, the Defendant's Probation Officer have discussed the following home detention plans and all parties are agreeable to the following terms:

        a. Defendant will reside at 5844 Villas Circle, Apt. B, Montgomery, Alabama 36116.

        b. Telephone service through Bell South will be established at this address on January 10, 2008 between 4:00 and 6:00 p.m.

        for the purpose of electronic monitoring. Defendant's telephone number will be 334-239-9957.

c.     Defendant will continue with his education at Alabama State University.

d.     Defendant will contact his former employer before being transferred to Atlanta regarding continued part-time employment.

**RESPECTFULLY SUBMITTED** this the 7th day of January, 2008.

/s/ Daniel G. Hamm

---

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Supplement to Motion to Suspend Detention and Impose Home Detention by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 7th day of January, 2008.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Kent B. Brunson
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197