IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 2:06-cr-0258-WKW |
| ) | |
| DEMONTEZ LAMONT LOCKETT ) | |

**ORDER**

On December 27, 2007, the defendant filed a Motion to Suspend Detention and Impose Home Detention (Doc. # 79) upon learning that the defendant's community corrections facility in Montgomery would soon close. On January 3, 2008, the court ordered (Doc. # 80) the defendant to supplement his motion with a detailed home detention plan crafted in conjunction with his probation officer. On January 7, 2008, the defendant filed his supplement (Doc. # 81) and informed the court all parties are agreeable to the proposed terms.

In light of the circumstances and in consideration of the approval of the defendant's probation officer to the proposed terms, it is ORDERED that the Motion to Suspend Detention and Impose Home Detention (Doc. # 79) is GRANTED. Therefore, in lieu of the defendant's requirement to reside in a community corrections facility as previously ordered by this court (Doc. # 72), it is ORDERED that the defendant's conditions of supervision are modified as follows:

1. The defendant shall serve the remaining term of his community corrections placement under home detention at 5844 Villas Circle,

        Apartment B, Montgomery, Alabama 36116.

2. The defendant shall be subject to electronic monitoring and shall follow the procedures specified by the probation officer and pay the cost of electronic monitoring as directed.

3. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

4. Telephone service through BellSouth will be established at the address above by January 10, 2008, for the purposes of electronic monitoring, with the phone number to be (334) 239-9957;

5. The defendant shall continue his education at Alabama State University; and

6. Any previously imposed condition of supervised release not modified by this order shall remain in full force and effect.

DONE this 8th day of January, 2008.

                              /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE